UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil No. |
| | : | |
| $8,860.00 IN UNITED STATES CURRENCY AND $20,000.00 IN UNITED STATES CURRENCY, | : : : | |
| Defendants. | : | |
| | : | |
| [CLAIMANT: KING SHEUNG CHAN] | : | January 4, 2022 |

VERIFIED COMPLAINT OF FORFEITURE

Plaintiff, United States of America, by and through its attorneys, Leonard C. Boyle, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: Eight Thousand Eight Hundred Sixty Dollars ($8,860.00) in United States currency; and Twenty Thousand Dollars in United States currency (hereinafter, "Defendant Currency"), for violations of 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 554.

THE DEFENDANTS IN REM

2. The Defendants are $8,860.00 in United States currency and $20,000.00 in United States currency.

3. The Defendant Currency is currently in the custody of the United States Fish and Wildlife Service.

1

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Currency. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendant Currency under 28 U.S.C. 1355(b). Upon the filing of this complaint, the plaintiff requests that the Court issue arrest warrants *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the Defendant Currency to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

7. The Defendant Currency is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) because it represents proceeds traceable to the attempted smuggling of glass eels out of the United States of America in violation of 18 U.S.C. § 554.

## STIPULATED FORFEITURE AGREEMENT

8. The United States and the Claimant, King Sheung Chan, have reached an agreement. The terms of the agreement are embodied in a Stipulated Forfeiture Agreement attached hereto as Exhibit A. Pursuant to the agreement, the Claimant has agreed to the forfeiture of the Defendant Currency after the appropriate procedural steps are taken.

WHEREFORE, the United States of America prays that the Warrant of Arrest <u>In Rem</u> for $8,860.00 in United States currency and $20,000.00 in United States currency be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the Defendant Currency to be condemned and forfeited to the

United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper.

                    Respectfully submitted,

                    LEONARD C BOYLE
                    UNITED STATES ATTORNEY

                    _____/S/ David C. Nelson_____
                    DAVID C. NELSON
                    ASSISTANT U.S. ATTORNEY
                    157 CHURCH STREET
                    NEW HAVEN, CT  06510
                    (203) 821-3700
                    FEDERAL BAR # ct25640
                    David.C.Nelson@usdoj.gov

## DECLARATION

I am a Special Agent of the United States Fish and Wildlife Service and the case agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of January, 2022.

                                            /s/ Robert J. Rothe
                                        ROBERT J. ROTHE
                                        SPECIAL AGENT
                                        U.S. FISH AND WILDLIFE SERVICE